United States Bankruptcy Court
Central District of California

Albert-Sheridan,
    Plaintiff                                                               Adv. Proc. No. 18-01074-ES

Galope,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0973-8         User: tduarteC           Page 1 of 1              Date Rcvd: Jan 10, 2019
                            Form ID: pdf031        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
pla         +E-mail/PDF: lenorealbert@msn.com Jan 11 2019 03:40:40      Lenore LuAnn Albert-Sheridan,
          7755 Center Avenue Ste #1100,    Huntington Beach, CA 92647-3091
                                                                                                      TOTAL: 1

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft         Helen Galope
                                                                                                      TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2019                                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2019 at the address(es) listed below:
          Aaron E de Leest    on behalf of Trustee Jeffrey I Golden (TR) aed@dgdk.com,
           danninggill@gmail.com;adeleest@ecf.inforuptcy.com
          Jeffrey I Golden (TR)    lwerner@wgllp.com,
           jig@trustesolutions.net;kadele@wgllp.com;lfisk@wgllp.com
          United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
                                                                                                           TOTAL: 3

ERIC P. ISRAEL (State Bar No. 132426)
eisrael@dgdk.com
AARON E. de LEEST (State Bar No. 216832)
adeleest@dgdk.com
DANNING, GILL, DIAMOND & KOLLITZ, LLP
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067-4402
Telephone:   (310) 277-0077
Facsimile:    (310) 277-5735

Attorneys for Jeffrey I. Golden,
Chapter 7 Trustee

**FILED & ENTERED**

**JAN 10 2019**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY duarte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>LENORE LUANN ALBERT-SHERIDAN,<br><br>    Debtor.<br><br>LENORE LUANN ALBERT-SHERIDAN,<br><br>    Plaintiff,<br><br>   vs.<br><br>HELEN GALOPE,<br><br>    Defendant. | Case No. 8:18-bk-10548-ES<br><br>Chapter 7<br><br><br><br>Adv. No. 8:18-ap-01074-ES<br><br>**ORDER DISMISSING ADVERSARY PROCEEDING**<br><br>Date:    December 20, 2018<br>Time:   9:30 a.m.<br>Place:   Courtroom 5A<br>            411 W. Fourth Street<br>            Santa Ana, California 92701 |

On December 20, 2018, at 9:30 a.m., a continued status conference in the above captioned matter (the "Adversary Proceeding") and Defendant's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(1 and 12(b)(6) (the "Motion) were held before the Honorable Erithe A. Smith, United States Bankruptcy Judge, presiding.

For good cause appearing, it is

HEREBY ORDERED that:

1.     The Adversary Proceeding is dismissed *sua sponte* in light of this Court's ruling on December 13, 2018 granting the Chapter 7 Trustee's motion to abandon this lawsuit to

1527418.1  26843                                    1

Plaintiff/Debtor.  Dismissal is without prejudice to Plaintiff re-filing a lawsuit and/or seeking other relief in state court or other non-bankruptcy court of competent jurisdiction.

     2.     The Motion is denied as moot.  The Court makes no factual findings or legal conclusions concerning the merits of the Motion.

     3.     All parties shall bear all of their own attorneys' fees and costs.

###

Date: January 10, 2019

Erithe Smith
United States Bankruptcy Judge

1527418.1  26843

2